| Case | Docket | Date | Lower Court |
|---|---|---|---|
| Com. v. Taylor | 1936 WDA 2015 Vacated and Remanded | 07/25/2016 | CP–02–CR–0009408–2012 (Allegheny) |
| Com. v. Alexander | 645 EDA 2014 Affirmed | 07/26/2016 | CP–51–CR–0007265–2012 (Philadelphia) |
| Com. v. Akes | 1121 EDA 2015 Affirmed | 07/26/2016 | CP–23–CR–0001777–2014 (Delaware) |
| Com. v. Whaley | 1781 EDA 2015 Reversed and Remanded | 07/26/2016 | CP–51–CR–0013260–2014 (Philadelphia) |
| Com. v. Williams | 2184 EDA 2015 Affirmed | 07/26/2016 | CP–51–CR–0015556–2014 (Philadelphia) |
| Com. v. Brightwell | 2679 EDA 2015 Affirmed | 07/26/2016 | CP–15–CR–0000939–2013 (Chester) |
| Com. v. Wright | 2980 EDA 2015 Affirmed | 07/26/2016 | CP–46–CR–0005191–2012 Montgomery |
| Kelly v. Kelley | 3080 EDA 2015 Affirmed | 07/26/2016 | 2008–016439 (Delaware) |
| Com. v. Wootters | 3682 EDA 2015 Affirmed | 07/26/2016 | CP–09–CR–0005189–2008 (Bucks) |
| Com. v. Barto | 329 MDA 2015 Affirmed | 07/26/2016 | CP–41–CR–0000110–2009 CP–41–CR–0000844–2009 CP–41–CR–0000896–2009 CP–41–CR–0001079–2009 CP–41–CR–0001606–2009 CP–41–CR–0001632–2009 (Lycoming) |
| Com. v. Neubold | 343 MDA 2015 Affirmed | 07/26/2016 | CP–21–CR–0002446–2013 (Cumberland) |
| Com. v. Johnson | 888 MDA 2015 Affirmed and Vacated | 07/26/2016 | CP–36–CR–0001084–2013 (Lancaster) |
| Weinstock v. Tomasko | 1177 MDA 2015 Affirmed | 07/26/2016 | 2000–CV–2292 (Dauphin) |
| Spigelmyer v. Colony | 1602 MDA 2015 Reversed and Remanded | 07/26/2016 | CP–44–CV–581–2014 (Mifflin) |
| Com. v. Ritter | 1651 MDA 2015 Reversed and Remanded | 07/26/2016 | CP–67–CR–0005068–2014 (York) |